# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

AARON M. BUTLER
ADC #148657                                                                    PLAINTIFF

v.                              No: 4:21-cv-947-DPM

DEXTER L. PAYNE                                                                DEFENDANT

## ORDER

The Court adopts Magistrate Judge Ervin's unopposed recommendation, *Doc. 4*, as supplemented. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). The petition says federal district judges are involved in the alleged scheme about state prisons. These allegations are fanciful, *Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992), and my impartiality in this case could not be reasonably questioned. 28 U.S.C. § 455(a). Butler's petition will be dismissed without prejudice. *See* Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)-(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 January 2022