# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**AARON M. BUTLER**
**ADC #148657**                                                                 **PLAINTIFF**

**v.**                           **No: 4:21-cv-947-DPM**

**DEXTER L. PAYNE**                                                     **DEFENDANT**

## JUDGMENT

Butler's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_12 January 2022_